# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LLOYD ANTHONY DAVIS,**

   *Plaintiff*,

v.    Case No.: 4:24cv190-MW/MJF

**FRANKLIN CORRECTIONAL INSTITUTION, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to prosecute and failure to comply with Court Orders." The Clerk shall close the file.

**SO ORDERED on October 18, 2024.**

                                                s/Mark E. Walker             
                                                **Chief United States District Judge**