IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LLOYD ANOTHNY DAVIS,**

    *Plaintiff,*

v.                                    Case No.: **4:24cv190-MW/MJF**

**FRANKLIN CORRECTIONAL
INSTITUTION, et al.,**

    *Defendants.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 28, and has also reviewed *de novo* Plaintiff's objections, ECF No. 30.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 28, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion, except this Court dismisses the federal claims **without** prejudice for failure to state a claim. The Clerk shall enter judgment stating, "Plaintiff's federal claims in the amended complaint are **DISMISSED without prejudice**, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), for failure to state a claim upon which relief may be granted. This Court declines to exercise supplemental jurisdiction over, and **DISMISSES without**

**prejudice**, any state-law claim that can be construed from the amended complaint."

The Clerk shall close the file.

**SO ORDERED on April 28, 2025.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
